UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 20 CR 40 |
| | ) | Judge Elaine E. Bucklo |
| | ) | |
| ROBERT GORODETSKY, | ) | |
| | ) | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and Defendant ROBERT GORODETSKY, by and through his attorneys, Chris Gair and Carly Chocron, respectfully submit this report on the status of the above-captioned case.

Sentencing in this matter is currently scheduled for December 1, 2020 at 10:30am.

On November 10, 2020, Chief Judge Pallmeyer entered the Amended General Order 20-0022. Section 6 of that Order bars in-person sentencing hearings until February 16, 2021 from proceeding, but permits video or teleconference sentencings only with the consent of the defendant. Defendant does not agree to proceed to a sentencing in which he is not personally present.

Therefore, the parties request this Court to continue the sentencing to a date after February 21, 2021.

Respectfully submitted,

*/s/ Chris Gair*
Attorney for Robert Gorodetsky

By:  /s/ Patrick J. King, Jr.
Assistant United States Attorney